UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62343-CIV-JEM

MARIO GUERRA, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

NEWPORT BEACH AUTOMOTIVE GROUP,
INC.

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Complaint was filed September 19, 2019 (DE 1). Rule 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. On November 8, 2019, the Court entered an order requiring Plaintiff to perfect service upon Defendant by December 18, 2019 or show cause why this action should not be dismissed for failure to perfect service of process. (DE 5).

The Court expressly warned that "[f]ailure to file proof of service or demonstrate good cause by December 18, 2019 will result in dismissal without prejudice and without further notice." (*Id.*). To date, it does not appear that service has been perfected. Because the time for service has passed, and no good cause has been shown for the delay, dismissal is required. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m). The Clerk shall mark this case **CLOSED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 19 day of December, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies via CM/ECF to:

The Honorable Lurana S. Snow
U. S. Magistrate Judge

Counsel of record